# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR CAMARGO JUAREZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>RENO STAFFING, a Nevada Corporation; SOLAREDGE TECHNOLOGIES INC., an Israel Corporation; DOES I through X, inclusive,<br><br>Defendants. | Case No. 3:24-cv-00337<br><br>**ORDER GRANTING STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

The Court has considered the parties' Stipulation Extending Defendants' Time to Respond to Plaintiff's Complaint.

IT IS ORDERED granting the Stipulation Extending Defendants' Time to Respond to Plaintiff's Complaint. The deadline for Defendants Reno Staffing, and SolarEdge Technologies Inc. to respond to the Complaint [ECF No. 9] is hereby extended, up to and including November 4, 2024.

Dated this 23rd day of October, 2024.

_____
United States Magistrate Judge

FOX ROTHSCHILD LLP