# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR CAMARGO JUAREZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RENO STAFFING; SOLAREDGE TECHNOLOGIES INC.; and DOES I through X, inclusive,<br><br>　　　　Defendants. | Case No. 3:24-cv-00337-ART-CLB<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF VICTOR CAMARGO JUAREZ'S CLAIMS WITH PREJUDICE** |

IT IS HERBY STIPULATED by and between THE PARTIES and their respective counsel that VICTOR CAMARGO JUAREZ's claims shall be dismissed with prejudice, each party to bear their own attorneys' fees and costs.

DATED this 23rd day of December, 2024

**FOX ROTHSCHILD LLP**

/s/ Daniel A. Mann
Daniel A. Mann (15594)
1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89135
*Attorneys for Defendants, Reno Staffing and SolarEdge Technologies Inc.*

DATED this 23rd day of December, 2024

**PLAINTIFF,**

/s/ Victor Carmargo Juarez
Victor Camargo Juarez *Pro Se Plaintiff*

The Court, having considered the Parties' Stipulation and Order to for Dismissal of Victor Camargo Juarez's Claims with Prejudice, hereby ORDERS that all claims for Victor Camargo Juarez be dismissed with prejudice.

164929146.1

1
2  IT IS SO ORDERED.
3  Dated this 30th day of December, 2024.
4  _____
5  Anne R. Traum
   United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FOX ROTHSCHILD LLP

2

164929146.1